**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                        Petitioners,                             20 **CIVIL** 2577  (VEC)

                                                                                 JUDGMENT

      -against-

GREENBUILD LLC,

                        Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 13, 2020,  the petition to confirm arbitration is granted; the Court awards judgment in Petitioner's favor in the amount of $23,324.58 plus 7.5% prejudgment interest from December 11, 2019, in the amount of $1,040.02, awards an additional $1,216 for attorneys' fees and costs arising from this action, and imposes post-judgment interest at the statutory rate, 28 U.S.C. § 1961, until judgment is paid; accordingly, this case is closed.

**Dated:**  New York, New York
            July 15, 2020

                                                                     **RUBY J. KRAJICK**
                                                                     _____
                                                                       **Clerk of Court**
                                                    **BY:**
                                                                      **Deputy Clerk**